IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SERIES 7 BROKER QUALIFICATION EXAM SCORING LITIGATION | :<br>:<br>:<br>: Misc. Action No. 06-1381(JDB)<br>: MDL Docket No. 1772<br>: |
| This Document Relates To:<br>ALL CASES | :<br>:<br>:<br>: |

### NOTICE OF ENTRY OF APPEARANCE

Pursuant to Loca Rule 83.6(a) attorney John G. Richards, II, counsel for Plaintiff <u>Mark Russo in Russo v. National Association of Securities Dealers, Inc., No. 1:06 CV-01381-JDB</u> hereby enters his appearance in all consolidated actions.

His business address and telephone number is :

> Davis, Bucco & Ardizzi
> 10 E. Sixth Avenue, Suite 100
> Conshohocken, PA 19428
> (610) 238-0880

His Pennsylvania Bar Identification Number is 79128.

                              Respecfully Submitted,

                              <u>/S/ John G. Richards, II</u>
                              John G. Richards, II, Esquire

                              John G. Richards, II
                              Davis, Bucco & Ardizzi
                              10 E. Sixth Avenue, Suite 100
                              Conshohocken, PA 19428
                              TEL: (610) 238-0880
                              FAX: (610) 238-0244

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2006, I caused true and corret copies of the Notice of Entry of Appearance to be served through this courts CM/ECF system on all counsel registered with that system, and on the following counsel by U.S. Mail, first class postage prepaid.

John Balestriere
BALESTRIERE PLLC
224 Broadway, Suite 2700
New York, NY 10007

Attorney for Andrew Crabbe
and Linda Cutler

Frederic S. Fox
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Attorney for Alex Ruimerman

James F. Rittinger
SATTERLEE, STEPHENS, BURKE
& BURKE
230 Park Avenue, Suite 1130
New York, NY 10169-0079

Attorney for The Thomson
Corporation and Thomson Prometric, Inc.

Gerald Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201

Thomas C. McGraw
GIBSON, DUNN & CRUTCHER
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

Attorney for National Association of
Securities Dealers, Inc.

Jason L. Horton
CRISP, BOYD, POFF & BURGESS, L.L.P.
2301 Moores Lane
P.O. Box 6297
Texarkana, Texas 75505-6297

Attorney for Brian Johnson

Joseph Tacopina
ARTHUR L. AIDALA & ASSOCIATES
597 Fifth Avenue
New York, NY 10017

Attorney For James Brown

_____/S/ John G. Richards, II
John G. Richards, II